IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESEE
WESTERN DIVISION

| | |
|---|---|
| CINDY (DEXTER) WOOTEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.:  2:10-cv-02672 CGC |
| | ) |
| STATE FARM FIRE & CASUALTY COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

    **COMES NOW** Plaintiff, CINDY (DEXTER) WOOTEN, and pursuant to Federal Rule of Civil Procedure 26(a)(1) and gives notice of the service of her Rule 26(a)(1) Initial Disclosures, copy of which is attached hereto.

    Respectfully submitted,

    **THE HUNT LAW FIRM**

    /s/ Sean Antone Hunt _____
    **SEAN ANTONE HUNT,** BPR #16159
    P.O. Box 171119
    Memphis, TN 38187-1119
    901-730-0937

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been sent via U.S. mail, properly addressed, and postage prepaid, or by electronic means via the Court's electronic filing system to:

Christopher Vescovo
Jonathon L. May
One Commerce Sq., 29th Floor
40 South Main St.
Memphis, TN 38103
Attorneys for Defendant

    this 22nd day of February, 2011

                                                               /s/ Sean Antone Hunt
                                                         SEAN ANTONE HUNT, ESQ.

F:\Data\Open Files\43172\Pleadings\Notice of Service of Plaintiff's Rule 26(a)(1) Initial Disclosures.docx