# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

**APRIL HEARD, and as Parent and Next Friend of D.H., a minor,**

    **Plaintiffs,**

**vs.**                                         **Case No.: 2:20-cv-2335-MSN-cgc**

**MONIQUE THOMAS, individually,**

    **Defendant.**

## MONIQUE THOMAS' MOTION TO DISMISS COMPLAINT WITH PREJUDICE

Defendant Monique Thomas ("Ms. Thomas") hereby makes a limited appearance for the purpose of moving to dismiss the Complaint pursuant to Rule 4(m), *Federal Rules of Civil Procedure*.[1]  As more fully explained in the Memorandum of Law filed contemporaneously with this Motion, Plaintiffs have not properly served Ms. Thomas with process in this matter, and the Court therefore lacks personal jurisdiction over Ms. Thomas.

Pursuant to Rule 4(m), a defendant must be served with process within 90 days of removal. Fed. R. Civ. P. 4(m).  This matter was removed on May 6, 2020.  Accordingly, Plaintiffs' deadline to serve Ms. Thomas with process in this case expired on August 6, 2020.  Despite being on notice of the defects in service since the filing of Ms. Thomas' Answer on July 21, 2020, Plaintiffs did not seek issuance of a summons by the Clerk of this Court until August 13, 2020, after the deadline for service had passed.  The statutes of limitation have expired as to all of Plaintiffs' claims against

---

[1] Ms. Thomas submits that Plaintiffs' Complaint should be dismissed pursuant to Fed. R. Civ. P. 4(m) and reliance on Fed. R. Civ. P. 12(b)(4), (5), or (6) at this stage is unnecessary. However, should the Court find it appropriate to assess grounds for dismissal pursuant to Rule 12, Ms. Thomas raises and reserves its defenses pursuant to Fed. R. Civ. P. 12(b)(4), (5), and/or (6).

Ms. Thomas, and those claims cannot be re-filed.  Consequently, Ms. Thomas respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice.

In support of her Motion to Dismiss, Ms. Thomas files the following contemporaneously herewith:

1. Memorandum of Law in Support of Motion to Dismiss with Prejudice
2. Exhibit A -  Return of Non-Service of State Court Summons
3. Exhibit B – State Court Alias Summons
4. Exhibit C – Return of Service of State Court Alias Summons

For the reasons stated herein and in the Memorandum of Law filed contemporaneously herewith, Defendant Monique Thomas' Motion to Dismiss with Prejudice should be **GRANTED**.

    Respectfully submitted,

    /s/ Jamie L. Morton
    JAMIE L. MORTON (#031243)
    Shelby County Board of Education
    Office of the General Counsel
    160 S. Hollywood St., Room 218
    Memphis, Tennessee 38112
    901.416.3612
    Mortonj2@scsk12.org

## **CERTIFICATE OF SERVICE**

   This certifies that a copy of the foregoing has been forwarded via the Court's electronic filing system this 14th day of August, 2020 to:

James E. King, Jr., Esq.
Eric E. Lindquester, Esq.
Eskins, King & Marney PC
200 Jefferson, Suite 1510
Memphis, Tennessee 38103
jking@eskinsking.com

*Counsel for Plaintiffs*


               /s/Jamie L. Morton
               Jamie L. Morton