52892

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **CINDY (DEXTER) WOOTEN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 2:10-cv-02672-cgc |
| ) | |
| **STATE FARM FIRE & CASUALTY** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT AND COMPROMISE

COME NOW the parties, pursuant to Local Rule 82.13, and give notice that all matters by and between the parties have been settled and compromised.

Respectfully submitted this 29th day of February, 2012.

THOMASON HENDRIX HARVEY JOHNSON & MITCHELL, PLLC

By: s/ Christopher L. Vescovo
Christopher L. Vescovo (TN BPR# 14516)
Jonathan L. May (TN BPR # 27408)
Attorneys for Defendant State Farm Fire and Casualty Company
One Commerce Square, 29th Floor
40 South Main Street
Memphis, TN  38103
(901) 525-8721

THE HUNT LAW FIRM

By: s/ Sean Antone Hunt
Sean Antone Hunt (TN  BPR#16159)
Attorney for Plaintiff, Cindy (Dexter) Wooten
P.O. Box 171119
Memphis, TN 38187-1119
(901) 730-0937

4843-7538-8686, v. 1