```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

**CINDY (DEXTER) WOOTEN,**

    **Plaintiff,**

**V.**                                                    **NO. 10-2672-Ma**

**STATE FARM FIRE & CASUALTY COMPANY,**

    **Defendant.**

### ORDER OF DISMISSAL

The parties have submitted a Joint Notice of Settlement and Compromise indicating that all matters by and between the partes have been settled. This case may therefore be dismissed it its entirety.

It is SO ORDERED this 22nd day of March, 2012.

                                                            *S/   Samuel H. Mays, Jr.*
                                                            SAMUEL H. MAYS, JR.
                                                           UNITED STATES DISTRICT JUDGE