UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CINDY (DEXTER) WOOTEN,**

    **Plaintiff,**

V.                                                                              Cv. No. 10-2672-Ma

**STATE FARM FIRE & CASUALTY COMPANY,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed March 22, 2012.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

March 23, 2012                      THOMAS M. GOULD
DATE                               CLERK

                                                   S/ *Jean Lee*
                                                   (By) DEPUTY CLERK